BLANKENSHIP ET AL. *v.* HOLDING, DBA
GRAND NEWS.

No. 1089.   Decided May 15, 1967.

*Charles Nesbitt,* Attorney General of Oklahoma, and *Jeff Hartmann,* Assistant Attorney General, for appellants.

*Samuel W. Block, Thomas P. Sullivan* and *Paul C. Duncan* for appellee.

PER CURIAM.

Probable jurisdiction noted. The judgment of the District Court for the Western District of Oklahoma entered November 4, 1966, is affirmed insofar as it adjudged provisions of §§ 1040.1 to 1040.10 of Title 21 of the Oklahoma Statutes to be unconstitutional.